**Opinion issued December 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00493-CV

_____

**THE DOW CHEMICAL COMPANY, Appellant**

**V.**

**CARL PATTERSON AND QUINCHADER COCO, Appellees**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-84983**

---

## MEMORANDUM OPINION

Appellant, The Dow Chemical Company, has filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.